UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROOKS,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNIE GIPSON, et al.,<br><br>  Defendants. | Case No. 23-cv-00840-HSG<br><br>**ORDER DIRECTING SERVICE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff Christina Brooks initially filed this action on February 24, 2023. Dkt. No. 1. She filed an amended complaint on March 3, 2023, against the Director of the California Department of Corrections and Rehabilitation ("CDCR") and an Associate Warden and Lieutenant at Pelican Bay State Prison. Dkt. No. 8. At least as of the date of this order, Defendants have not appeared in this case. A plaintiff must serve each defendant with a summons and complaint within ninety days of filing the complaint. *See* Fed. R. Civ. P. 4(m). To do so, Plaintiff must (1) obtain a summons from the Clerk's Office and (2) properly serve Defendants.

Here, no summons has been issued and there is nothing on the docket to indicate that Defendants have been properly served as required by Federal Rule of Civil Procedure 4. Accordingly, Plaintiff is **DIRECTED** to obtain a summons, complete proper service on Defendants, and file the proofs of service on the docket by July 10, 2023. Plaintiff may obtain a form titled "Summons in a Civil Action" from the Clerk's Office or at the Court's website, http://www.cand.uscourts.gov/forms/civil-forms/. The Clerk must sign, seal, and "issue" the summons to Plaintiff before it can be served on Defendants. If Plaintiff fails to complete service by July 10, the case will be dismissed without prejudice under Rule 4(m).

The Court further **CONTINUES** the telephonic case management conference from June 6,

1  2023, to July 25, 2023, at 2:00 p.m.  All parties and counsel shall use the following dial-in
2  information to access the call:
3      Dial-In:  888-808-6929;
4      Passcode:  6064255
5  All attorneys and pro se litigants appearing for a telephonic case management conference are
6  required to dial in at least 15 minutes before the hearing to check in with the courtroom deputy.
7  For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all
8  possible, parties shall use landlines.  The case management statements are due by July 18, 2023.
9  The Court will address Plaintiff's pending motion to mail documents to her husband, Dkt. No. 3,
10 at the case management conference, if proper service is made before then.

11 **IT IS SO ORDERED.**

12 Dated:  4/19/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge