UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROOKS,<br><br>      Plaintiff,<br><br>   v.<br><br>CONNIE GIPSON, et al.,<br><br>      Defendants. | Case No. 23-cv-00840-HSG<br><br>**ORDER REGARDING JULY 25 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 19 |

   Pending before the Court is Plaintiff Christina Brooks's request to appear telephonically at the case management conference on July 25, 2023. Dkt. No. 19. However, as the Court's April 14 order indicated, the case management conference is already scheduled to be held telephonically. *See* Dkt. No. 14. The Court therefore **TERMINATES** the request **AS MOOT**. Dkt. No. 19. To the extent Plaintiff also requests that her husband or another non-lawyer appear on her behalf, the Court **DENIES** this request. Plaintiff is required to appear at the case management conference and represent herself, unless an attorney authorized to practice law in this district enters an appearance on her behalf before then.

   **IT IS SO ORDERED.**

Dated: 5/31/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge