UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | Case No. 23-cv-00840-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 26 |

Pending before the Court is Plaintiff Christina Brooks's motion for an extension of time to complete service. *See* Dkt. No. 26. Plaintiff states that she has not yet received the summons from the Clerk's Office so cannot meet the July 10 deadline. *Id.* The Clerk's Office issued the summons on June 12, and a copy was mailed to Plaintiff again on July 6. *See* Dkt. No. 25. However, to ensure Plaintiff has sufficient time to serve Defendants, the Court **GRANTS** the motion. Plaintiff is **DIRECTED** to complete proper service on Defendants and file the proofs of service on the docket by August 4, 2023. The Court further **CONTINUES** the telephonic case management conference from July 25, 2023, to August 22, 2023, at 2:00 p.m. All parties and counsel shall use the following dial-in information to access the call:

Dial-In: 888-808-6929;

Passcode: 6064255

All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial in at least 15 minutes before the hearing to check in with the courtroom deputy. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The case management statements are due by August 15, 2023.

1    The Court will address Plaintiff's pending motion to mail documents to her husband, Dkt.

2  No. 3, at the case management conference, if proper service is made before then.  Nevertheless,

3  the Court cautions Plaintiff that her husband is not an attorney admitted to practice law in this

4  district, and Plaintiff is ultimately responsible for prosecuting this case.  The Court will not extend

5  deadlines to accommodate Plaintiff's desire to mail all filings and court documents to Pelican Bay

6  State Prison for her husband's input and review.

7    **IT IS SO ORDERED.**

8  Dated:   7/11/2023

9  
10  HAYWOOD S. GILLIAM, JR.
United States District Judge