UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROOKS,<br><br>              Plaintiff,<br><br>   v.<br><br>CONNIE GIPSON, et al.,<br><br>             Defendants. | Case No. 23-cv-00840-HSG<br><br>**ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 29 |

      Pending before the Court is Plaintiff Christina Brooks's second motion for an extension of time to complete service. *See* Dkt. No. 29. The Court already granted Plaintiff an extension of time, directing Plaintiff to complete service on Defendants and file the proofs of service on the docket by August 4, 2023. *See* Dkt. No. 28. The Court therefore **DENIES AS MOOT** Plaintiff's second motion for an extension of time.

      **IT IS SO ORDERED.**

Dated: 7/14/2023

                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge