UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROOKS,<br><br>  Plaintiff,<br><br>  v.<br><br>CONNIE GIPSON, et al.,<br><br>  Defendants. | Case No. 23-cv-00840-HSG<br><br>**ORDER DENYING MOTION TO MAIL DOCUMENTS TO PLAINTIFF'S HUSBAND AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 3 |

Pending before the Court is Plaintiff Christina Brooks' request that the parties and the Court mail all documents related to this case to Plaintiff's husband, Jermaine Brooks. Dkt. No. 3. Mr. Brooks appears to currently reside in Pelican Bay State Prison and is not a lawyer. But as the Court has already explained, Plaintiff filed this case in her own name and is ultimately responsible for prosecuting this case. The Court therefore **DENIES** the motion.

Additionally, the Court **CONTINUES** the telephonic case management conference from September 5, 2023, to September 26, 2023, at 2:00 p.m. to allow Defendants an opportunity to appear in this case following service. All parties and counsel shall use the following dial-in information to access the call:

Dial-In:  888-808-6929;

Passcode:  6064255

All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial in at least 15 minutes before the hearing to check in with the courtroom deputy. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.

//

1  The case management statements are due by September 19, 2023.

2  **IT IS SO ORDERED.**

3  Dated: 8/24/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge