UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00840-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 34 |

Pending before the Court is Plaintiff Christina Brooks's motion for an extension of time to complete service. *See* Dkt. No. 34. Plaintiff initially filed this action on February 24, 2023. Dkt. No. 1. She filed an amended complaint on March 3, 2023, against the Director of the California Department of Corrections and Rehabilitation ("CDCR") and an Associate Warden and Lieutenant at Pelican Bay State Prison. Dkt. No. 8. The Court previously directed Plaintiff to effectuate service and granted her an extension of time to do so. *See* Dkt. Nos. 14, 28. Plaintiff had until August 4 to complete proper service on Defendants and file the proofs of service on the docket. *See* Dkt. No. 28. Since then, Plaintiff filed what appear to be proofs of service on the docket on August 11. *See* Dkt. No. 32. Nevertheless, Plaintiff suggests that service may not be complete yet, *see* Dkt. No. 34, and Defendants have not appeared in this case as of the date of this order.

The Court previously explained that it would not extend deadlines to accommodate Plaintiff's desire to mail all filings and court documents to Pelican Bay State Prison for her husband's input and review. However, to ensure Plaintiff has sufficient time to serve Defendants, the Court **GRANTS** the motion for one final extension of time. Plaintiff is **DIRECTED** to complete proper service on Defendants and file the proofs of service on the docket by October 13, 2023. The Court further **VACATES** the September 26, 2023, case management conference. The

Court will reset the case management conference if necessary once Defendants have been served. Plaintiff is cautioned that if she fails to properly serve Defendants by October 13, the Court will issue an order to show cause why the case should not be dismissed without prejudice under Federal Rule of Civil Procedure 4(m). The Court again reminds Plaintiff that she filed this case in her own name and is ultimately responsible for prosecuting it herself.

**IT IS SO ORDERED.**

Dated: 9/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge